FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ROBERT NORSE,<br><br>    Plaintiff - Appellant,<br><br>  v.<br><br>CITY OF SANTA CRUZ; CHRISTOPHER KROHN, individually and in his official capacity as Mayor of the City of Santa Cruz; TIM FITZMAURICE; KEITH A. SUGAR; EMILY REILLY; ED PORTER; SCOTT KENNEDY; MARK PRIMACK, individually and in their official capacities as Members of the Santa Cruz City Council; LORAN BAKER, individually and in his official capacity as Sergeant of the Santa Cruz Police Department; STEVEN CLARK,<br><br>    Defendants - Appellees. | No. 07-15814<br><br>D.C. No. CV-02-01479-RMW<br><br>**ORDER** |

**KOZINSKI**, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Circuit Rule 35-3. The three-judge panel opinion shall not be cited as precedent by or to any court of the Ninth Circuit.